# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Dale Robin Miller (DOC No. 479248)
Louisiana State Penitentiary
Camp D, Eagle 3
Angola LA 70712

**REHEARING ACTION: October 14, 2015**

**Docket Number: 15   00420-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DALE ROBIN MILLER**

**Writ Application from Lafayette Parish Case No. 92141**

**BEFORE JUDGES:**

**Hon. Jimmie C. Peters**
**Hon. Marc T. Amy**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the Application for Rehearing En Banc filed by **Dale Robin Miller** is:

**REHEARING DENIED.**  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Keith A. Stutes, Counsel for  the Respondent